■ In the Matter of the Estate of JOHN KUBIC, Deceased. IMELDA KUBIC, Respondent; ROBERT M. COHEN, Appellant. [609 NYS2d 820] —Appeal from an order of the Surrogate's Court, Richmond County (D'Arrigo, S.), entered March 9, 1992.

Ordered that the order is affirmed, with costs payable by the estate, for reasons stated by Surrogate D'Arrigo in the Surrogate's Court (see also, *Passmore v King,* 186 AD2d 241). Bracken, J. P., Miller, O'Brien and Altman, JJ., concur.